STUCKY, Judge
(concurring in the result):
Appellant was tried by general court-martial on a specification alleging indecent acts with a child on divers occasions between on or about March 1, 2006, and October 15, *370 2006. Article 134, Uniform Code of Military-Justice (UCMJ), 10 U.S.C. § 934 (2006).[1] The military judge acquitted him of the charge, but found him guilty of the lesser included offense of assault consummated by a battery upon a child, in violation of Article 128, UCMJ, 10 U.S.C. § 928 (2006). The United States Navy-Marine Corps Court of Criminal Appeals excepted the words “on divers occasions,” “genitalia,” and “and breasts” from the specification but otherwise affirmed the findings and sentence. United States v. Trew, 67 M.J. 603, 606 (N.M.Ct. Crim.App.2008).
The MCM listed assault consummated by a battery as a lesser included offense of indecent acts with a child. MCM pt. IV, para. 87.d.(2). However, the elements of the two offenses are different, and proof of each requires proof of a fact that proof of the other does not. In the case of the Article 128, UCMJ, offense of which Appellant was convicted, the elements include (i) that the accused did bodily harm to a child under 16 and (ii) that this bodily harm was done with unlawful violence or force. MCM pt. IV, para. 54.b.(3)(c). Neither of these is an element of indecent acts with a child under Article 134, UCMJ, the offense with which Appellant was charged. The elements of the offense of indecent acts with a child under Article 134, UCMJ, included (c) that Appellant’s act was indecent; (d) was committed with the intent to arouse, appeal to or gratify his or the victim’s lust, passions or sexual desires; and (e) that under the circumstances, the conduct was to the prejudice of good order and discipline or was of a nature to bring discredit upon the armed forces. MCM pt. IV, para. 87.b.(l). These elements are not required to prove assault consummated by a battery under Article 128, UCMJ.
Since the elements test is the proper one for determining lesser included offenses, see United States v. Teters, 37 M.J. 370, 376 (C.A.A.F.1993), and the Article 128, UCMJ, conviction here does not pass that test, it follows that Appellant could not be convicted of the Article 128, UCMJ, offense as a lesser included offense of indecent acts with a child under Article 134, UCMJ. United States v. McCracken, 67 M.J. 467, 469 (C.A.A.F.2009) (Stucky, J., concurring in part and dissenting in part).
I concur in the result.

. As the offenses alleged took place prior to October 1, 2007, the UCMJ and Manual for Courts-Martial, United States (2005 ed.) (MCM) provisions existing prior to the 2006 amendment of Article 120, UCMJ, 10 U.S.C. § 920 (2000), apply. See National Defense Authorization Act for Fiscal Year 2006, Pub.L. No. 109-163, § 552, 119 Stat. 3136, 3257 (2006) (codified as amended at 10 U.S.C. § 920 (2006)).